UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:14-CV-339-F

| | |
|---|---|
| THE UNITED STATES OF AMERICA, )<br>ex rel. INFRA-METALS CO., )<br>　　　　Plaintiff, )<br>　　　　　　　　　　　　　　　　　　)<br>v. 　　　　　　　　　　　　　　　　)<br>　　　　　　　　　　　　　　　　　　)<br>JAAT TECHNICAL SERVICES, LLC, et al.)<br>　　　　Defendants. 　　　　　　　) | O R D E R |

In an order filed April 2, 2015 [DE-15], the court ordered Plaintiff to show cause within 21 days why its claims against Superior Welding, Inc., should not be dismissed for failure to proceed as noticed by the Clerk of Court. The deadline for responding has passed, and Plaintiff has not filed any response. Accordingly, Plaintiff's claims against Defendant Superior Welding, Inc., are DISMISSED without prejudice for failure to prosecute.

SO ORDERED.

This the 5 day of May, 2015.

James C. Fox
Senior United States District Judge